⑤

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| R. Alexander Acosta, Secretary of Labor, United States Department of Labor | 3:18-cv-145-wc |
| DEFENDANT | TYPE OF PROCESS |
| Slocumb Law Firm, LLC and Michael W. Slocumb, an individual | Complaint and Alias Summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Michael W. Slocumb
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
145 East Magnolia Avenue, Suite 201, Auburn, AL 36830

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Jaslyn W. Johnson
61 Forysth Street SW, Room 7T10
Atlanta, GA 30303

RETURNED AND FILED
APR - 8 2019
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Business telephone: (334) 758-8304
Estimated times available for service: 9am-5:30pm
Alternate addresses: 2750 Grand National Parkway, Opelika, AL 36801

U.S. MARSHALS MIDDLE ALABAMA RECEIVED 2018 NOV -7 AM

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 404-302-5463
DATE: 11/5/18

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk: K. Shook | Date: 11/7/18

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
MONA (ONLY NAME PROVIDED)

☑ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):
11-24-18 ENDEAVOR JORDAN-HARE STADIUM
3/3/19 2750 GRAND NATIONAL PKWY

Date: 3/28/19   Time: 12:00  ☐ am ☑ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 390 | 180.96 | | 570.96 | | $0.00  570.96 |

REMARKS:

---

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13