IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARTIN J. WALSH, <br> Secretary of Labor, U.S. Dep't of Labor, <br> <br> Plaintiff, <br> <br> v. <br> <br> SLOCUMB LAW FIRM, LLC, and <br> MICHAEL W. SLOCUMB, <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACT. NO. 3:18-cv-145-ECM <br> ) <br> ) <br> ) <br> ) <br> ) |

**FINAL JUDGMENT**

On December 23, 2020, the Plaintiff obtained a default judgment against the Defendants on his claims brought pursuant to the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, *et seq*., (doc. 67), and the Court entered a money judgment against the Defendants in the amounts of $13,248.17 in overtime compensation and $13,248.17 in liquidated damages for a total award of $26,497.42. (*Id*.) On June 16, 2021, the Plaintiff filed a satisfaction of judgment against the Defendants confirming "full payment of back wages and liquidated damages" has been made. (Doc. 84). In accordance with the Order entered on December 23, 2020, and after consideration of the satisfaction of judgment (doc. 84), and for good cause, it is the

ORDER, JUDGMENT and DECREE of the Court that default judgment is entered in favor of the Plaintiff and against the Defendants on the Plaintiff's Fair Labor Standards Act claims in the amount of $26,497.42 plus pre- and post-judgment interest.

This case is DISMISSED with prejudice.

Costs are taxed against the Defendants for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Fed. R. Civ. P. 58.

DONE this 17th day of June, 2021.

                                        /s/ Emily C. Marks  
                                  EMILY C. MARKS  
                                  CHIEF UNITED STATES DISTRICT JUDGE